MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 103755
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Monica.Klapper@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Vu Anh Nguyen,<br><br>Defendant. | No. **CR-20-00796-PHX-DJH**<br><br>**I N F O R M A T I O N**<br><br>**VIO: 18 U.S.C. § 371**<br>**Conspiracy** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**
**Conspiracy, 18 U.S.C. § 371**

1. Between about March of 2017 and the present, Defendant VU ANH NGUYEN individually and acting through various entities he controlled, along with other individuals and entities known and unknown, knowingly and willfully agreed and conspired with others to commit the following offense against the United States: wire fraud, in violation of 18 U.S.C. § 1343.

2. The manner and means used by Defendant and others, and the overt acts used to effect the objects of the conspiracy, included the following:

   a. As part of a scheme to commit stock trading fraud, NGUYEN purported to transfer funds from banks into the trading accounts, knowing that the funds transfer would ultimately be denied based on insufficient funds. Between the

time of the purported funds transfer and the time of the notice of insufficient funds, NGUYEN or others engaged in stock trading on the funds.

  b. Also as part of the scheme, NGUYEN sometimes used funds or accounts belonging to his then girlfriend, A.K., without her knowledge.

  c. As a result of this scheme, NGUYEN caused the following losses (totaling $485,285) to the following financial institutions or brokerage firms:

| | |
|---|---|
| TD Ameritrade: | $191,148 |
| Charles Schwab: | $163,446 |
| Wells Fargo Bank: | $ 44,989 |
| Fidelity: | $ 30,162 |
| TradeStation: | $ 27,393 |
| APEX, Tastyworks: | $ 20,614 |
| Chase Bank: | $ 4,593 |
| APEX, Robinhood: | $ 2,913 |

  d. More specifically, on or about September 25, 2018, NGUYEN made an electronic deposit, via an interstate wire, from his Chase Bank account ending 8025 into his trading account with TD Ameritrade account ending 9291, for $250,000, knowing there were insufficient funds to support the transfer. He did so for the purpose of conducting stock transactions with the funds before TD Ameritrade discovered the insufficiency. Prior to the rejection of this transfer for insufficient funds, NGUYEN traded on the funds and ultimately caused a loss to TD Ameritrade.

  e. During the course of this conduct, NGUYEN and others used interstate wire transmissions.

3. The manner and means used by Defendant and others, and the overt acts done to effect the objects of the conspiracy, also included the following:

  a. As part of a scheme to defraud his employer, Amazon.com, Inc., NGUYEN used his employee access to falsely and fraudulently issue a total of $96,508 in refunds to himself and others.

b.  More specifically, on or about November 27, 2019, Buyer Account 130, which was controlled by NGUYEN, ordered items totaling $222.04, and those items were shipped to NGUYEN at a residence to which he shipped at least 24 separate items as a part of this scheme. On December 2, 2019, NGUYEN fraudulently authorized a concession refund for the items, which allowed NGUYEN to obtain a refund and keep the items.

c.  During the course of the scheme, NGUYEN used or caused the use of interstate wires.

This conduct was in violation of 18 U.S.C. § 371.

Dated this 26t day of October, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*[signature]*
MONICA B. KLAPPER
Assistant U.S. Attorney