ANTHONY PAUL MARTIN
Acting United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755
Monica.Klapper@usdoj.gov

Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00796-DJH |
| Plaintiff, | |
| vs. | **UNITED STATES' OBJECTION TO DRAFT PRESENTENCE REPORT** |
| Vu Anh Nguyen, | |
| Defendant. | |

The United States raises one objection to the US Sentencing Guidelines analysis in the draft PSR. (ECF 23) The offense level calculation at pages 6-7 should include a two-level increase under U.S.S.G. § 2B1.1(10) because the offenses in this case "otherwise involved sophisticated means and the defendant intentionally engaged in or caused the conduct constituting sophisticated means." The application note to § 2B1.1(10)(C) defines "sophisticated means" as "especially complex or especially intricate offense conduct pertaining to the execution or concealment of an offense." U.S.S.G. § 2B1.1 Appl. Note 9(B). The non-exhaustive list of examples provided include hiding assets or transactions through the use of fictitious entities, corporate shells, or offshore accounts. *Id.*

Nguyen engaged in two fraudulent schemes in this case. In the first, he engaged in a securities fraud known as "free-riding." Under this scheme, Nguyen fraudulently inflated the balance in his stock trading account by making deposits from bank accounts that he

knew had insufficient funds, so he could make trades with the deposited funds before the bank denied the transfers due to insufficient funds. Nguyen used 36 separate stock trading accounts and bank accounts, made dozens of unfunded transfers, and made more than a thousand trades on those transfers. He also used accounts and identities belonging to others and enlisted others into his conduct. In this manner, he was able to deceive several large financial institutions, such as TD Ameritrade and Charles Schwab.

This activity is similar to "check-kiting," which has been recognized as sophisticated under the guidelines. *E.g., U.S. v. Sykes,* 774 F.3d 1145, 1153 (7th Cir. 2014) (in check-kiting scheme, sophisticated means adjustment upheld, noting that the scheme deceived numerous banks and business bankers, "'who presumably had a good deal of skill in [the] area.'") The enhancement is appropriate where, as here, Nguyen committed dozens of deceptive acts designed to commit and conceal a complicated fraud. *U.S. v. Augare,* 800 F.3d 1173, 1175-76 (9th Cir. 2015) (upholding sophisticated means enhancement conspiracy, theft and income tax evasion based on totality of scheme; collecting cases.)

In the second fraud, Nguyen embezzled from his employer, Amazon.com, with equally sophisticated methods. Nguyen manipulated Amazon's product return procedures by using (1) his special electronic employee access to the accounts of third-party sellers on Amazon, called a "spoofer account" and (2) eight separate electronic Amazon buyer accounts that he controlled or that others working with him controlled. He used these devices, along with the identities and/or credit cards belonging to third parties, to authorize more than 300 fictitious refunds in less than a year.

As with the free riding scheme, this fraud was sophisticated. This fraud involved repetitive and coordinated deceptive acts, all done electronically, designed to commit and conceal the fraud. The use of multiple nominee buyer accounts allowed Nguyen to hide his identity as a purported buyer and was sufficiently sophisticated to deceive Amazon.com, a world leader in electronic transactions.

Accordingly, the United States requests a 2-level increase under § 2B1.1(b)(10)(C), which would bring Nguyen's total offense level to 21, which carries a range of 37-46

months of imprisonment.

Respectfully submitted this 8th day of March, 2021.

                    ANTHONY PAUL MARTIN
                    Acting United States Attorney
                    District of Arizona

                    *s/Monica B. Klapper*
                    MONICA B. KLAPPER
                    Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant, who may or may not be a registered participant of the CM/ECF System:

Mark Berardoni,
Attorney for Defendant

*s/ Joy Faraj*
U.S. Attorney's Office