Mark J. Berardoni
AZ State Bar No. 012970
P.O. Box 7390
Tempe, Arizona 85281
(602) 257-1295
BerardoniLaw@Yahoo.com

Attorney for Defendant - *Vu Anh Nguyen*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CR20-00796-001-PHX-DJH |
| Plaintiff, | |
| v. | *Ex-Parte* **MOTION FOR SUBSTITUTION OF COUNSEL** |
| Vu Anh Nguyen, | |
| Defendant. | |

Pursuant to Local Rule of Criminal Procedure 57.14 and 57.3 and Local Rule of Civil Procedure 83.3 (b)(4), District of Arizona, counsel Mark J. Berardoni files his Ex-Parte Motion for Substitution of Counsel. It is requested that Mark J. Berardoni, Esq. be permitted to withdraw from further representation in the above-entitled matter and that Theron M. Hall III, Esq. be appointed pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, to represent the Defendant. Undersigned counsel has checked with the Federal Public Defender's Office responsible for assigning CJA counsel and was provided with Mr. Hall's name. The reason for the request is that during the sentencing hearing on March 23, 2021, issues arose creating a conflict of interest in undersigned counsel's continued representation. The defendant, Vu Ahn Nguyen, is aware of the request and has no objection to the relief requested.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C. Section § 3161(h)(1)(D) is expected to occur as a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 26 day of March, 2021.

s/*Theron M. Hall III*      s/*Mark J. Berardoni*
Theron M. Hall III      Mark J. Berardoni
Substituting Attorney      Withdrawing Attorney

s/*Vu Ahn Nguyen*
Vu Ahn Nguyen
Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Dianne J. Humetewa
United States District Judge
Sandra Day O'Connor U.S. Courthouse,
401 W. Washington Street,
Phoenix, Arizona 85003-2156

By United States Postal Service to:

Vu Ahn Nguyen

By: s/*Mark J. Berardoni*