GLENN MCCORMICK
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755
Monica.Klapper@usdoj.gov

Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>      vs.<br><br>Vu Anh Nguyen,<br><br>           Defendant. | No.  CR-20-00796-DJH<br><br>**UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States moves to dismiss the complaint and information filed in this case, without prejudice, and moves to vacate the status hearing scheduled for April 23, 2021. Rule 48(a), Federal Rules of Criminal Procedure, allows the United States to dismiss an indictment, information, or complaint "with leave of court."  The "leave of court" requirement is designed "to protect a defendant against prosecutorial harassment" and actions that are "clearly contrary to the public interest."  *United States v. Weber*, 721 F.2d 266, 268 (9th Cir. 1983), *relying on Rinaldi v. United States,* 434 U.S. 22, 29 n. 15 (1977). Dismissal prior to trial does not require the consent of the defendant. *United States v. Valencia,* 492 F.2d 1071, 1074 (9th Cir. 1974).  Additionally, the court should grant a dismissal without prejudice unless it specifically finds bad faith on the part of the United States. *E.g., United States v. Hayden,* 860 F.2d 1483, 1487 (9th Cir. 1988).

This Court recently rejected the parties' pre-indictment plea agreement at the sentencing hearing, and Defendant subsequently withdrew his guilty plea. (ECF 32.) There is no specter of harassment or bad faith present here—the grand jury resumed on March 23, 2021, and the United States explained at the sentencing hearing that it would pursue grand jury indictment upon rejection of the pre-indictment resolution. Accordingly, the United States moves to dismiss the pending case without prejudice to pursue grand jury indictments.

Respectfully submitted this 30th day of March, 2021.

GLENN MCCORMICK
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515
District of Arizona

*s/Monica B. Klapper*
MONICA B. KLAPPER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant, who may or may not be a registered participant of the CM/ECF System:

Theron Hall, III
Attorney for Defendant

*s/ Joy Faraj*
U.S. Attorney's Office